[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 16.]

THE STATE OF OHIO, APPELLANT, *v.* LACEY, APPELLEE.

[Cite as *State v. Lacey*, 1998-Ohio-709.]

*Criminal procedure—Classification as sexual predator—Court of appeals' judgment reversed and cause remanded to trial court to conduct sexual predator classification hearing pursuant to R.C. 2950.09(C)(2) on authority of State v. Cook.*

(No. 97-2319—Submitted October 13, 1998—Decided November 25, 1998.)

APPEAL from the Court of Appeals for Union County, No. 14-97-15.

————————————

*R. Larry Schneider*, Union County Prosecuting Attorney, and *Rick Rodger*, Assistant Prosecuting Attorney, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

{¶ 2} The cause is remanded to the trial court to conduct a sexual predator classification hearing pursuant to R.C. 2950.09(C)(2).

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————